# Court of Appeals
# of the State of Georgia

ATLANTA,  June 21, 2021

*The Court of Appeals hereby passes the following order:*

**A21D0371. MARLON JARRIEL MCKOY v. THE STATE.**

On February 2, 2021, the trial court entered an order denying Marlon Jarriel McKoy's extraordinary motion for new trial. On May 4, 2021, McKoy filed in the Georgia Supreme Court a "Petition of Certiorari" challenging the trial court's order. The Supreme Court docketed the filing as an application for discretionary review, found no apparent basis for the exercise of its jurisdiction, and transferred the application to this Court. See Case No. S21D1044 (May 27, 2021). We lack jurisdiction to consider McKoy's application because it is untimely.

An application for discretionary appeal must be filed within 30 days after entry of the appealable decision or judgment at issue. See OCGA § 5-6-35 (d). McKoy's petition was filed 91 days after the trial court denied his motion. "The requirements of OCGA § 5-6-35 are jurisdictional and this [C]ourt cannot accept an appeal not made in compliance therewith." *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).

Accordingly, the application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/21/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.* Stephen E. Castlen